

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | | No. 08-15-00192-CR |
| | § | |
| IN RE:  JOHNNY GREEN, JR., | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus and the same being considered, it is the opinion of this Court that Relator's petition should be dismissed.  We therefore dismiss the petition in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.